No. 514. NEW YORK SANITARY UTILIZATION COMPANY *v.* AMERICAN ENGINEERING COMPANY ET AL. October 18,

1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. DeLancey Nicoll* for petitioner. *Mr. Frederick T. Kelsey, Mr. William N. Dykman* and *Mr. Arthur E. Goddard* for respondents.